**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DOUGLAS DWAYNE MILLER, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-10-556-HE |
| ) | |
| JOSEPH TAYLOR, ) | |
| ) | |
| Respondent. ) | |

**<u>ORDER</u>**

Petitioner Douglas Dwayne Miller, a state prisoner, filed this action pursuant to 28 U.S.C. § 2254 seeking habeas relief.  The matter was referred for initial proceedings to Magistrate Judge Valerie K Couch.  28 U.S.C. §636(b)(1).  She has recommended that the action be transferred to the United States District Court for the Northern District of Oklahoma, where jurisdiction exists because the petitioner is challenging a conviction obtained in a state court located in that judicial district. 28 U.S.C. § 2241(d).  While jurisdiction also exists in the Western District of Oklahoma because the petitioner is incarcerated at the Cimarron Correctional Facility, *id.*, the magistrate judge noted that "[i]t is a longstanding policy of this Court and the United States District Court for the Northern District of Oklahoma that justice is normally better served by the adjudication of the case in the district where the conviction was obtained." Report and Recommendation, p. 2.  The petitioner has advised the court that he does not object to the suggested transfer.

Accordingly, the court adopts Magistrate Judge Couch's Report and

Recommendation and **TRANSFERS** this case to the Northern District of Oklahoma for all further proceedings. 28 U.S.C. §2241(d).

**IT IS SO ORDERED**.

Dated this 21st day of July, 2010.

                                       _____
                                       JOE HEATON
                                       UNITED STATES DISTRICT JUDGE